**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 26-40377<br>Chapter 12 |
| Joel Urdahl and Stephanie Urdahl, | |
| Debtors. | |

**AMENDED ORDER APPROVING STIPULATION AND DENYING CONFIRMATION OF DEBTORS' MODIFIED PLAN DATED AUGUST 12, 2026**

This case came before the court for hearing on confirmation of the Chapter 12 plan and a stipulation filed by the Chapter 12 Trustee Kyle Carlson, Farmers & Merchants State Bank of Pierz and the Debtors.

IT IS ORDERED:

1. Confirmation of the debtor's plan filed on August 12, 2026 is denied.
2. If the debtors fail to file a new plan by October 30, 2026, then the Court may dismiss the case without further hearing, pursuant to 11 U.S.C. 1208(c)(3).
3. If the Court denies confirmation of the new plan, the debtor will not request leave to file another modified plan. Debtor shall have three days to convert to a Chapter 7 bankruptcy. If debtors do not timely convert to a Chapter 7, Debtors consent to dismissal of the case without further hearing, pursuant to 11 U.S.C. 1208(c)(5).

Dated: *October 22, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge