LIQUIDATION ANALYSIS **EXHIBIT A**

URDAHL

| Asset | Value | Lien | 2nd Lien | Exemption | NE Assets |
|---|---|---|---|---|---|
| Hmstd | $ 887,900.00 | $ 189,387.00 | | $ 698,513.00 | $ - |
| Real Estate | $ 873,000.00 | $ 505,109.00 | $ 367,891.00 | | $ - |
| Appliances/Furniture | $ 3,000.00 | | | $ 3,000.00 | $ - |
| Electronics | $ 1,000.00 | | | $ 1,000.00 | $ - |
| Guns | $ 1,235.00 | | | | $ 1,235.00 |
| Sporting Goods | $ 500.00 | | | $ 500.00 | $ - |
| Clothing | $ 2,000.00 | | | $ 2,000.00 | $ - |
| Pets | $ 800.00 | | | $ 800.00 | |
| Wedding Rings | $ 4,000.00 | | | $ 4,000.00 | $ - |
| Equipment *** | $ 193,650.00 | $ 167,650.00 | | $ 26,000.00 | $ - |
| Vehicles | $ 46,650.00 | $ 24,000.00 | $ 2,500.00 | $ 14,250.00 | $ 5,900.00 |
| IRA - Stephanie | $ 262.59 | | | 262.59 | $ - |
| IRA - Joel | $ 26,494.78 | | | $ 26,494.78 | $ - |
| Cattle * | $ 79,032.00 | $ 79,032.00 | | | $ - |
| Feed ** | $ - | $ - | | | $ - |
| Life Insurance - Joel | $ 7,858.50 | | | $ 7,858.50 | |
| Life Insurance - Stephanie | $ 3,319.07 | | | $ 3,319.07 | $ - |
| Magnify Checking Account | $ 1,059.74 | | | | $ 1,059.74 |
| Magnify Saving Account | $ 1,054.57 | | | | $ 1,054.57 |
| Credit Card Credit | $ 1,000.00 | | | | $ 1,000.00 |
| Equip Payment *** | $ 18,000.00 | | | | $ 18,000.00 |
| Government Payment **** | $ 3,000.00 | | | | $ 3,000.00 |
| Urdahl Transport | $0 | | | | $0 |
| Totals | $ 2,154,816.25 | $ 965,178.00 | $ 370,391.00 | $ 787,997.94 | $ 31,249.31 |

Reuse Liquidation Analysis as set forth herein.

Unsecured payment would be $31,249.31

Payment would be over 3 years.

Equip Payment is coming from FSA

Many cattle were liquidated in the ordinary course of business.
* Cattle checks were surrendered. Remaining Cattle have value as set in Plan. The original value was based upon filing values.
** Feed value was on petition date feed has been abandoned by Bank. Bank refused to accept it. Feed Value is now zero because it has been eaten by cattle or surrenered to the Bank.
*** Large amount of equipment was sold at auction and proceeds turned over to Bank. Items valued less than 200 were abandoned by Bank.
**** Government executory contracts which pay these funds are assumed. Should be eliminated from liquidation analysis treatments for 21,000 of the liquidation value.